UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>HEIDI BICKFORD,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>2:25-cv-00193-NT |

### STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1.   The paperwork for the Foreclosure Diversion Program was sent to the Lewiston District Court and consequently, the original mediation fee check was sent to the Lewiston District Court. It has since been found that the proper Foreclosure Diversion Court for this matter is the Bridgton District Court. Plaintiff is working with a coordinator for the Foreclosure Diversion Program to ensure that the paperwork and the mediation fees are transferred to the Bridgton District Court.

Dated this July 18, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Heidi Bickford
45 Alec Dr
Standish, ME 04084

Dated at Portland, Maine, this July 18, 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff