UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATE DEPARTMENT OF AGRICULTURE,<br><br>    Plaintiff,<br><br>v.<br><br>HEIDI BICKFORD<br><br>    Defendant | Case No. 2:25-cv-00193-NT |

### MOTION OF POTENTIAL COUNSEL FOR DEFENDANT
### FOR ORDER ALLOWING LIMITED REPRESENTATION

The undersigned hereby move, pursuant to Local Rule 83.2(b) for leave to file a limited appearance, in the form of Exhibit 1 to this motion, for the purpose of appearing for Defendant Heidi Bickford for the limited purpose of representation of Defendant in mediation in the Maine Foreclosure Diversion Program.

DATED: August 26, 2025

/s/ Thomas A. Cox
Thomas A. Cox, Esq. Me. Bar No. 1248
*Attorney for Defendants*

P.O. Box 1083
Yarmouth, ME 04096
(207) 749-6671
tacsail@icloud.com


/s/ Emma Halas-O/Connor
Emma Halas-O/Connor Esq. Me. Bar No.6532
*Attorney for Defendants*

Pine Tree Legal Assistance
P.O. Box 547
Portland, ME 04112
(207) 400-3226
ehalasoconnor@ptla.org